**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Torrance Deshun JOINER,
Defendant-Appellant.**

**No. 17-12026
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 4, 2018)

Steven E. Butler, Adam W. Overstreet, U.S. Attorney Service—Southern District of Alabama, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Before WILSON, MARTIN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Richard Shields, appointed counsel for Torrance Joiner in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Joiner's conviction and sentence are **AFFIRMED.**